IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | : | CRIMINAL ACTION |
| v. | : | |
| JAMIL AHMAD | : | No. 26CR475 |

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **SENTENCING** hearing on **January 26, 2027 at 2:00 p.m.** before the **Honorable Craig M. Straw,** in **Courtroom 3G**, **3rd floor** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status: The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.**

☒ **Court Summons: This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☒ **Interpreter:** An Urdu interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Donna Croce Courtroom Deputy to J.
Phone: 267-299-7661

Date:

cc via U.S. Mail: Defendant

cc via email: Defense Counsel: Tony Ortiz
Assistant U.S. Attorney: Rob Livermore
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator